JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Eddie F. Franco et al., | ) | 2:09-cv-05362-JHN-PLAx |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | ) | |
| City of Inglewood et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court has been advised by the NOTICE of Settlement [34], filed on March 23, 2010 that this action had been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: March 24, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE